# EXHIBIT C

Comprehensive Report



**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state´s Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

## Comprehensive Report

**Date:** 02/24/17
**Reference Code:** 233753-406818

**Report Legend:**

**S** - Shared Address

**D** - Deceased

✔ - Probable Current Address

**Report processed by:**

Honigman Miller Schwartz & Cohn
2290 1st National Building
Detroit, MI 48226
313-465-7000 Main Phone
313-465-7047 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name: **GEORGE B KAUFMAN** | **GEORGE KAUFMAN** | Bankruptcy: **No** |
| Date of Birth: **10**/**10**/**1975** | Age: **41**   SSN:  **008-58-xxxx** | Property: **Yes** |
| Age: **41** | **G KAUFMAN** | Corporate Affiliations: **No** |
| SSN: **008-58-xxxx** issued in **Vermont** between | Age: **41**   SSN:  **008-58-xxxx** | |
| **1/1/1975** and **12/31/1976** | **GB KAUFMAN** | |
| | Age: **41**   SSN:  **008-58-xxxx** | |

**Comprehensive Report Summary:**
   Bankruptcies:
     None Found
   Liens and Judgments:
     8 Found
   UCC Filings:
     1 Found
   Driver´s License:
     1 Found
   Address(es) Found:
     0 Verified and 11 Non-Verified Found
   Possible Properties Owned:
     3 Found
   Motor Vehicles Registered:
     5 Found
   Possible Criminal Records:
     None Found
   Professional Licenses:

Comprehensive Report

None Found
Possible Associates:
None Found

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
CARLOTTA A GREEN
008-58-xxxx issued in Vermont  between  1/1/1975  and  12/31/1976

**Address Summary:**

311 GREENWICH ST APT 9D, NEW YORK, NY 10013-3384, NEW YORK COUNTY ( 2013 - Feb 2017)
310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710, NEW YORK COUNTY (May 2009 -  2015)
PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY (Jan 1994 - Oct 2013)
335 W 14TH ST APT 74, NEW YORK, NY 10014-5040, NEW YORK COUNTY (Aug 2003 - Aug 2013)
535 CAMPBELL FLAT RD 28, NORWICH, VT 05055-9485, WINDSOR COUNTY (Nov 1993 - Feb 2012)
80 N MOORE ST APT 21E, NEW YORK, NY 10013-2733, NEW YORK COUNTY (Mar 2007 - Sep 2011)
80 N MOORE ST APT 2E, NEW YORK, NY 10013-2728, NEW YORK COUNTY (Apr 2007 - Jan 2011)
510 HUDSON ST 3, NEW YORK, NY 10014-2854, NEW YORK COUNTY (Mar 2000 - Jun 2004)
200 GARDEN CITY PLZ STE 505, GARDEN CITY, NY 11530-3341, NASSAU COUNTY (Sep 2000)
CAMPBELL FLAT RD, NORWICH, VT 05055, WINDSOR COUNTY (Oct 1993 - Nov 1993)
CAMPBELL FLT, NORWICH, VT 05055, WINDSOR COUNTY

**Active Address(es):**

[None Found]

**Previous And Non-Verified Address(es):**
311 GREENWICH ST APT 9D, NEW YORK, NY 10013-3384, NEW YORK COUNTY ( 2013 - Feb 2017)
**Name Associated with Address:**
GEORGE B KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 0140-1172
Owner Name: GEORGE KAUFMAN
Property Address: - 311 GREENWICH ST APT 9D, NEW YORK, NY 10013-3384, NEW YORK COUNTY
Sale Date - 04/04/2014
Sale Price - $1,750,000
Subdivision Name - READE HOUSE CONDO
Total Market Value - $406,867
Assessed Value - $183,090
Land Value - $77,545
Improvement Value - $329,322
Land Size - 11,952 Square Feet
Seller Name: SCOTT LITT
Loan Amount - $1,400,000
Loan Type - CONVENTIONAL
Lender Name - FIRST REPUBLIC BK
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $170,156
Median Owner Occupied Home Value: $764,151
Average Years of Education: 18
310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710, NEW YORK COUNTY (May 2009 -  2015)
**Name Associated with Address:**
GEORGE KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 00142-0025
Owner Name: WB STELLAR IP
Property Address: - 310 GREENWICH ST, NEW YORK, NY 10013-2708, NEW YORK COUNTY
Owner Address: 156 WILLIAM ST FL 10, NEW YORK, NY 10038-5324, NEW YORK COUNTY

Comprehensive Report                                                                                                    2

Comprehensive Report

Total Market Value - $162,000,000
Assessed Value - $72,900,000
Land Value - $36,000,000
Improvement Value - $126,000,000
Year Built - 1975
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 41
Median Household Income: $46,324
Median Owner Occupied Home Value: $0
Average Years of Education: 15
PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY (Jan 1994 - Oct 2013)
**Name Associated with Address:**
GB KAUFMAN
**Current Residents at Address:**
MARY D GRANT
ROBERTA SUE KAUFMAN
DENNIS M KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 45014211776
Owner Name: DENNIS KAUFMAN
Property Address: - PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY
Owner Address: PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY
Assessed Value - $629,500
Land Size - 583,704 Square Feet
Legal Description - 13.4 ACRES & DWL & 2-2 APT/DWLS 13.4 ACRES & DWL & 2-2 APT/DWLS
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 44
Median Household Income: $100,000
Median Owner Occupied Home Value: $429,268
Average Years of Education: 16
335 W 14TH ST APT 74, NEW YORK, NY 10014-5040, NEW YORK COUNTY (Aug 2003 - Aug 2013)
**Name Associated with Address:**
GEORGE KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 0738-0015
Owner Name: 335-7 LLC
Owner Name 2: LAURENCE W NAGIN
Property Address: - 335 W 14TH ST, NEW YORK, NY 10014-5008, NEW YORK COUNTY
Owner Address: 50 BANK ST, NEW YORK, NY 10014-5200, NEW YORK COUNTY
Total Market Value - $1,690,000
Land Size - 4,625 Square Feet
Year Built - 1900
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 40
Median Household Income: $77,083
Median Owner Occupied Home Value: $612,500
Average Years of Education: 14
535 CAMPBELL FLAT RD 28, NORWICH, VT 05055-9485, WINDSOR COUNTY (Nov 1993 - Feb 2012)
**Name Associated with Address:**
GEORGE KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 450-142-11776
Owner Name: GEORGE B KAUFMAN
Owner Name 2: STEPHANIE K DOBEN
Property Address - 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
Owner Address: 81 LAUREL LN, LONGMEADOW, MA 01106-2003, HAMPDEN COUNTY
Sale Price - $999,500
Seller Name: DENNIS M KAUFMAN
Seller Name 2: ROBERTA S KAUFMAN
Loan Type - THIS CODE IS USED ONLY FOR BKFS LEGACY
Data Source - B
**Neighborhood Profile (2010 Census)**
Average Age: 34
Median Household Income: $87,302

Comprehensive Report

Median Owner Occupied Home Value: $430,000
Average Years of Education: 15
80 N MOORE ST APT 21E, NEW YORK, NY 10013-2733, NEW YORK COUNTY (Mar 2007 - Sep 2011)
**Name Associated with Address:**
GEORGE B KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 04-2293-35-4-00-042.00
Owner Name: EVETTE RIOS
Property Address: - 80 N MOORE ST, NEW YORK, NY 10013-2701, NEW YORK COUNTY
Owner Address: 80 N MOORE ST APT 27E, NEW YORK, NY 10013-2774, NEW YORK COUNTY
Total Market Value - $5,001
Assessed Value - $475
Land Value - $5,001
Land Size - 1,742,400 Square Feet
Legal Description - T22N R93W SEC 35 SW4SE4
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 42
Median Household Income: $45,055
Median Owner Occupied Home Value: $0
Average Years of Education: 15
80 N MOORE ST APT 2E, NEW YORK, NY 10013-2728, NEW YORK COUNTY (Apr 2007 - Jan 2011)
**Name Associated with Address:**
GEORGE B KAUFMAN
**Neighborhood Profile (2010 Census)**
Average Age: 42
Median Household Income: $45,055
Median Owner Occupied Home Value: $0
Average Years of Education: 15
510 HUDSON ST 3, NEW YORK, NY 10014-2854, NEW YORK COUNTY (Mar 2000 - Jun 2004)
**Name Associated with Address:**
GEORGE B KAUFMAN
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 0619-0005
Owner Name: CHRISTOPHER ADAMS
Owner Name 2: CHRISTOPHER SUSAN
Property Address: - 510 HUDSON ST, NEW YORK, NY 10014-2854, NEW YORK COUNTY
Sale Date - 01/05/1978
Sale Price - $209,000
Total Market Value - $8,633,000
Assessed Value - $182,476
Land Value - $3,530,000
Improvement Value - $5,103,000
Land Size - 1,474 Square Feet
Year Built - 1910
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 39
Median Household Income: $111,250
Median Owner Occupied Home Value: $1,000,000
Average Years of Education: 15
200 GARDEN CITY PLZ STE 505, GARDEN CITY, NY 11530-3341, NASSAU COUNTY (Sep 2000)
**Name Associated with Address:**
GEORGE B KAUFMAN
516-746-6800 - EST CREATIVE FOODS CORP
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 44-077- -0011-C
Book - 11302
Page - 221
Owner Name: TREELINE 100400 GCP LLC
Property Address: - 200 GARDEN CITY PLZ, GARDEN CITY, NY 11530-3301, NASSAU COUNTY
Sale Date - 01/17/2001
Sale Price - $43,500,000
Land Usage - OFFICE BUILDING
Total Market Value - $14,101,200
Assessed Value - $141,012
Land Value - $7,373,100

Comprehensive Report

Improvement Value - $6,728,100
Land Size - 217,364 Square Feet
Year Built - 1973
Seller Name: GARDEN CITY PLAZA ASSOC LTD
Data Source - A
**Neighborhood Profile (2010 Census)**
Average Age: 46
Median Household Income: $126,716
Median Owner Occupied Home Value: $716,184
Average Years of Education: 14
CAMPBELL FLAT RD, NORWICH, VT 05055, WINDSOR COUNTY (Oct 1993 - Nov 1993)
**Name Associated with Address:**
GEORGE B KAUFMAN
**Neighborhood Profile (2010 Census)**
Average Age: 44
Median Household Income: $100,000
Median Owner Occupied Home Value: $429,268
Average Years of Education: 16
CAMPBELL FLT, NORWICH, VT 05055, WINDSOR COUNTY
**Name Associated with Address:**
GEORGE B KAUFMAN
**Neighborhood Profile (2010 Census)**
Average Age: 44
Median Household Income: $100,000
Median Owner Occupied Home Value: $429,268
Average Years of Education: 16

**Bankruptcies:**
[None Found]

**Liens and Judgments:**
Filing Number:  2014N050568
Filing Type:  CIVIL NEW FILING
Location:  CIVIL COURT OF THE CITY OF NEW YORK
State:  NY
Original Filing Date: 1/8/2014
Amount:
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710
Creditor: IP MORTGAGE BORROWER LLC

Filing Number:  002974016
Filing Type:  STATE TAX WARRANT RELEASE
Location:  NEW YORK COUNTY CLERK
State:  NY
Filing Number:  002974016
Filing Type:  STATE TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Original Filing Date: 4/21/2012
Release Date:  5/29/2013
Amount: $10,076
Debtor Name: KAUFMAN, GEORGE B
Debtor SSN: 008-58-xxxx
Debtor Address: 310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710
Creditor: STATE OF NEW YORK

Filing Number:  002956514
Filing Type:  FILED IN ERROR-ST TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Filing Number:  002956514
Filing Type:  STATE TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Original Filing Date: 3/13/2012

Comprehensive Report

Release Date:  8/19/2013
Amount: $2,041
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710
Creditor: STATE OF NEW YORK

Filing Number:   002161178
Filing Type:  FILED IN ERROR-ST TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Filing Number:   002161178
Filing Type:  STATE TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Original Filing Date: 8/8/2006
Release Date:  8/19/2013
Amount: $997
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Creditor: STATE OF NEW YORK

Filing Type:  JUDGMENTS DOCKET
State:  NY
Original Filing Date: 8/8/2006
Amount: $997
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Creditor: NY STATE DEP´T OF TAXATION AND FINANCE

Filing Type:  STATE TAX LIEN
Location:  NEW YORK COUNTY CLERK, NEW YORK
State:  NY
Original Filing Date: 8/8/2006
Amount: $997
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 335 W 14TH ST, NEW YORK, NY 10014-5008
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 335 W 14TH ST, NEW YORK, NY 10014-5008
Creditor: NYS TAX COMMISSION

Filing Type:  JUDGMENTS DOCKET
State:  NY
Original Filing Date: 6/16/2006
Amount: $2,089
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Creditor: NY STATE DEP´T OF TAXATION AND FINANCE

Filing Number:   002138881
Filing Type:  STATE TAX WARRANT RELEASE
Location:  NEW YORK COUNTY CLERK
State:  NY

Comprehensive Report

Filing Number:  002138881
Filing Type:  STATE TAX WARRANT
Location:  NEW YORK COUNTY CLERK
State:  NY
Original Filing Date: 6/14/2006
Release Date:  8/14/2013
Amount: $2,088
Debtor Name: KAUFMAN, GEORGE
Debtor SSN: 008-58-xxxx
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Debtor Name: DETROIT COFFEE
Debtor SSN:
Debtor Address: 335 W 14TH ST APT 74, NEW YORK, NY 10014-5040
Creditor: STATE OF NEW YORK


**UCC Filings:**
Original Filing Number: 201209210539529
Original Date: Sep 21, 2012
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address:  162 WASHINGTON AVE, ALBANY, NY 12210
Filing State: NY

    Debtor(s):
        Debtor Name: GEORGE KAUFMAN
        Debtor SSN/FEIN: 008-58-xxxx
        Debtor Address: 310 GREENWICH ST, NEW YORK, NY 10013-2708

    Secured(s):
        Secured Name: MACQUARIE ENERGY LLC
        Secured Address: 500 DALLAS ST STE 3100, HOUSTON, TX 77002-4711

    Filing(s):
        Filing Type: INITIAL FILING
        Filing Number: 201209210539529
        Filing Status:
        Date Filed: Sep 21, 2012

    Collateral(s):
        Description: 09/21/2012 201209210539529 - NEGOTIABLE INSTRUMENTS AND PROCEEDS;PARTNERSHIP INTEREST AND PROCEEDS


**Driver´s License Information:**
Name: GEORGE B KAUFMAN
DL Number: xxxxxxxx
State: Vermont
License Address: 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
DOB: 10/10/1975
Potential SSN : 008-58-xxxx
Data Source: Non-Governmental


**Possible Properties Owned by Subject:**

    **Property:**
    Parcel Number - 0140-1172
    Owner Name: GEORGE KAUFMAN
    Property Address: - 311 GREENWICH ST APT 9D, NEW YORK, NY 10013-3384, NEW YORK COUNTY
    Sale Date - 04/04/2014
    Sale Price - $1,750,000
    Subdivision Name - READE HOUSE CONDO
    Total Market Value - $406,867
    Assessed Value - $183,090
    Land Value - $77,545
    Improvement Value - $329,322
    Land Size - 11,952 Square Feet
    Seller Name: SCOTT LITT
    Loan Amount - $1,400,000
    Loan Type - CONVENTIONAL

Comprehensive Report

Lender Name - FIRST REPUBLIC BK
Data Source - A

**Property:**
Parcel Number - 0140-1172
Owner Name: GEORGE KAUFMAN
Property Address - 311 GREENWICH ST APT 9D, NEW YORK, NY 10013-3384, NEW YORK COUNTY
Owner Address: 310 GREENWICH ST APT 9G, NEW YORK, NY 10013-2710, NEW YORK COUNTY
Sale Date - 04/04/2014
Sale Price - $1,750,000
Seller Name: SCOTT LITT
Loan Amount - $1,400,000
Loan Type - CONVENTIONAL
Data Source - A

**Property:**
Parcel Number - 450-142-11776
Owner Name: GEORGE B KAUFMAN
Owner Name 2: STEPHANIE K DOBEN
Property Address - 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
Owner Address: 81 LAUREL LN, LONGMEADOW, MA 01106-2003, HAMPDEN COUNTY
Sale Price - $999,500
Seller Name: DENNIS M KAUFMAN
Seller Name 2: ROBERTA S KAUFMAN
Loan Type - THIS CODE IS USED ONLY FOR BKFS LEGACY
Data Source - B

**Motor Vehicles Registered To Subject:**
**Vehicle:**
Description: Black 1997 Land Rover Defender - 2 Dr Wagon Sport Utility
VIN: SALDV2243VA108041
State Of Origin: VERMONT
Engine: 8 Cylinder 241 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 32000
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Registrant(s)*
Record Type: HISTORICAL
Name: GEORGE B KAUFMAN

Potential SSN : 008-58-xxxx
Address: PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY
DOB: 10/10/1975
Sex: Male
Age: 41
DL #: xxxxxxxx
Tag Number: EMY360
License State: VT
Earliest Registration Date: 8/28/2012
Latest Registration Date: 8/28/2012
Expiration Date: 8/31/2013
License Plate Type: Private

**Vehicle:**
Description: Black 1997 Land Rover Defender - 2 Dr Wagon Sport Utility
VIN: SALDV2243VA108041

Comprehensive Report

State Of Origin: VERMONT
Engine: 8 Cylinder 241 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 32000
Radio: AM/FM Cassette
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Not available
Data Source: Governmental

*Owner(s)*
    Name: GEORGE B KAUFMAN

    Potential SSN 🛈 : 008-58-xxxx
    Address: 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
    DOB: 10/10/1975
    Sex: Male
    Age: 41
    DL #: xxxxxxxx
    Title Number: 0907074104018
    Title Issue Date: 9/7/2007

*Lien Holder(s)*
    None

**Vehicle:**
    Description: Brown 1979 JEEP CHEROKEE - SEDAN 2 DR
    VIN: J9A17NN135504
    State Of Origin: VERMONT
    Data Source: Governmental

*Registrant(s)*
    Record Type: HISTORICAL
    Name: GEORGE B KAUFMAN

    Potential SSN 🛈 : 008-58-xxxx
    Address: 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
    DOB: 10/10/1975
    Sex: Male
    Age: 41
    DL #: xxxxxxxx
    Tag Number: BGW490
    License State: VT
    Earliest Registration Date: 11/20/1995
    Latest Registration Date: 11/20/1995
    Expiration Date: 10/31/1996
    License Plate Type: Private

**Vehicle:**
    Description: Brown 1979 JEEP CHEROKEE - SEDAN 2 DR
    VIN: J9A17NN135504
    State Of Origin: VERMONT
    Data Source: Governmental

*Owner(s)*
    Name: GEORGE B KAUFMAN

    Potential SSN 🛈 : 008-58-xxxx
    Address: 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
    DOB: 10/10/1975
    Sex: Male
    Age: 41
    DL #: xxxxxxxx

Comprehensive Report

Title Number: 0430961302056
Title Issue Date: 4/30/1996

Name: ROBERTA S KAUFMAN

Potential SSN 🛈 : 358-36-xxxx
Address: 535 CAMPBELL FLAT RD, NORWICH, VT 05055-9485, WINDSOR COUNTY
DOB: 1/15/1947
Sex: Female
Age: 70
Title Number: 0430961302056
Title Issue Date: 4/30/1996

*Lien Holder(s)*
None


**Vehicle:**
Description: Black 1990 Jeep Wrangler - 2 Dr Wagon Sport Utility
VIN: 2J4FY29T6LJ519911
State Of Origin: VERMONT
Engine: 6 Cylinder 258 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Not available
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional
Data Source: Governmental

*Owner(s)*
Name: DENNIS M KAUFMAN

Potential SSN 🛈 : 295-38-xxxx
Address: PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY
DOB: 1/1944
Sex: Male
Age: 73
Title Number: 0102014302111
Title Issue Date: 1/2/2001

Name: GEORGE B KAUFMAN

Potential SSN 🛈 : 008-58-xxxx
Address: PO BOX 28, NORWICH, VT 05055-0028, WINDSOR COUNTY
DOB: 10/10/1975
Sex: Male
Age: 41
DL #: xxxxxxxx
Title Number: 0102014302111
Title Issue Date: 1/2/2001

*Lien Holder(s)*
None


**Possible Criminal Records:**
[None Found]

**Professional License(s):**
[None Found]

**Possible Associates:**
[None Found]